IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTOPHER HART et al,

    Plaintiffs,

v.

JERED, LLC, a wholly owned subsidiary of PaR Systems, Inc.,

    Defendant.

CV 216-017

**O R D E R**

Presently before the Court is the parties' joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 26.) Accordingly, this case shall be **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 5th day of December, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA